IN THE UNITED STATES FEDERAL COURT OF THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHELCEE K. CURTIS | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) Case No. CIV-17-1162-M |
| | ) |
| DIXIE ELECTRIC, LLC, | ) |
| | ) |
| **Defendant,** | ) |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Chelcee K. Curtis, and dismisses her action against Defendant with prejudice to further litigation and states that a compromise settlement covering all claims involved in the above-captioned cause has been made between these parties.

/s/Edward Blau
Edward M. Blau, OBA #20626
The Blau Law Firm
101 Park Ave. #600
Oklahoma City, Ok 73102
Telephone: (405) 232-2528
Facsimile: (405) 232-2535
edblau@blaulawfirm.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 16 day of May 2018, a copy of the above and foregoing was mailed, via United States mail, postage prepaid and electronic mail thereon, to the following:

Jennifer L. Miller
Oklahoma State Bar No. 19888
jlmiller@phillipsmurrah.com
Phillips Murrah P.C.
101 N. Robinson, Thirteenth Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 606-4723
Fax: (405) 234-4133


Martin E. Thornthwaite
Texas Bar No. 24056891
Martin.thornthwaite@strasburger.com
Marie N. Rovira
Texas Bar No. 24079908
Marie.rovira@strasburger.com
Strasburger & Price, LLP
2600 Dallas Parkway, Suite 600
Frisco, Texas 75034
Telephone: (469) 287-3900
Fax: (469) 287-3999


                                                            /s/Edward Blau
                                                           Edward M. Blau