**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHELCEE K. CURTIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-17-1162-M |
| | ) | |
| DIXIE ELECTRIC, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is plaintiff's Dismissal with Prejudice, which this Court construes as a motion to dismiss with prejudice.  Having reviewed plaintiff's dismissal, the Court GRANTS plaintiff's motion to dismiss with prejudice [docket no. 16] and DISMISSES this action with prejudice.

**IT IS SO ORDERED this 16th day of May, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE